**F I L E D**
CLERK, U.S. DISTRICT COURT

January 19, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

**D E N I E D**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  ERICA CHOI (Bar No. 302351)
   (E-Mail:  erica_choi@fd.org)
3  Deputy Federal Public Defenders
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone:  (213) 894-4787
5  Facsimile:  (213) 894-0081

6  Attorneys for Defendant
   ANTHONY FARRER

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISION**

11

12  UNITED STATES OF AMERICA,           Case No. 2:23-CR-00601-JLS

13             Plaintiff,                **[PROPOSED] ORDER FILING**
                                         **DOCUMENTS UNDER SEAL**
14        v.

15  ANTHONY FARRER

16             Defendant.

17

18        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT

19  the documents lodged herewith are filed UNDER SEAL.

20

21  DATED:            , 2025

22                                    _____
                                      HON. JOSEPHINE L. STATON
23                                    United States District Judge

24

25

26

27

28

1  *OR*

2

3        NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

4  Defendant's application to file under seal is DENIED.  The documents lodged

5  herewith, shall be returned to the Office of the Federal Public Defender.

6

7  DATED:                    , 2025    _____

8                                     HON. JOSEPHINE L. STATON
                                       United States District Judge

9

10  Presented by:

11   */s/ Erica Choi*_____

12  Deputy Federal Public Defender

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28