# EXHIBIT A

Dear Judge Staton,

In recovery, I've heard there are two things that need to happen before I could expect to see real, lasting change. I'd reach a point in my life where I could no longer keep living the way that I was, and would make a decision to change. Many people call it their rock-bottom. I feel like I've hit that point multiple times, yet, here I am again. During this past year of incarceration, I've spent a lot of time looking back over my life and have finally come to a realization. It was never enough to just admit I had a problem and commit to making a few changes. I needed to actually believe it. I was always going through the motions and saying the things I thought people wanted to hear. Deep down, I thought I had it under control and never thought things were as bad as people said they were. When I really took the time to see the toll alcohol has taken on my life, I can appreciate just how much I underestimated it. I lost my twin brother to a motorcycle wreck. My biological mother to suicide. I missed my only son's birth. The thing these three life-changing events had in common was alcohol.

I started this letter talking about recovery because that is the root of all of my problems. I'm an alcoholic. I always have been, and today, I believe I always will be. I don't blame my problems on the alcohol. I blame them on me never taking my recovery seriously. The simple fact is that I don't get in trouble when I'm sober. I'm not lying to myself or anyone else anymore. I'm ready to make a change and commit to a life-long journey of recovery. I used to believe that with enough sober time under my belt, I could manage my drinking. Committing the crime I did proves I can't.

Within almost five years sober, I had created a very successful, legitimate business. I found my passion selling high-end watches and built the business from scratch through honesty, integrity, and transparency. My approach to sales and customer service was something this industry was strongly lacking. That grew our social media to the point where I became a trusted authority throughout the watch community. After several years, I was able to sell that business to an investor for an amount of money that I couldn't have dreamed of.

When I arrived in Los Angeles, I thought I was on top of the world, but would quickly learn it was to be short-lived. I started spending money in a way I hadn't before. I was released from a 6-year probation  and started drinking again. My behavior and decision making started getting reckless, and my spending money on a lavish lifestyle hit an all-time high.

The luxury market took a huge dive in the summer of 2022 and that was fuel for the fire of my financial situation. I burned through my personal funds in less than 6 months and started using clients' money to support my problems. I was taking huge losses in the business, but my ego kept me from listening to anyone or slowing down my spending.

It was pure insanity to think I could fix the mess I created while continuing to do the very things that caused it. I never intended to hurt anyone, but I knew what I was doing, and wouldn't put a stop to it. I was robbing Peter to pay Paul and funding my lifestyle in between. Not a night goes by that I don't lay awake in my bunk thinking about what I did. How I took advantage of

people's trust for my own greed. How I hurt people financially. How I hurt my employees and their lives. How I could have done a few simple things differently to avoid all of this.

When the news of everything broke, I posted a video on YouTube admitting to the world what I did. I wanted them to know what kind of person I had become, to see past the facade. I didn't want to lie anymore and pretend things were good when they weren't. But most of all, I wanted people to know I was sorry and was going to do whatever it takes to make everyone whole again, no matter how long that takes. That promise means more to me than anything else, and I will honor it.

I'm not sure if it is appropriate to talk about my potential sentence or make a request, so I'm just going to speak from the heart and see what happens. Over the past 14 months of incarceration, I've not had one incident report. I've remained sober. I've been active as an orderly worker. I've participated in educational classes. I maintain a daily workout, reading, and journaling routine that has made positive use of my time. This will remain my program as long as I am here, whether that's 2 years or 20. The only thing time in prison is going to effect is how long it will be until I can start making amends to my victims. I deserve to be punished for my crimes and am more than willing to accept the punishment, that your honor has determined is appropriate.

Although I would appreciate a sentence below my guideline range, the more pressing issue is restrictions against using social media upon release. As a three-time felon with no college degree, my career opportunities to pay back the millions that I owe in restitution will be severely limited. Social media marketing is one of the few skills I possess that will give me the opportunity to rebuild my life and repay those that I hurt. Rather than being restricted, I would like to request that I be allowed to use social media platforms with heavy monitoring and full disclosure to the probation department. I know I can use my story and social media skills for good, I just need a chance to prove it.

I made a lot of mistakes, but those do not define who I really am. I've done a lot of work looking into my past and have gained a better understanding of why I do what I do, and I know I have a lot more to go. The more I learn about myself, the better equipped I am to share my story and experiences with people in the future, and help others avoid the mistakes I've made. I believe a career in counseling or life coaching could be something I pursue after I repair the damage I've done. Until then, I want to apologize again to everyone I hurt and hope that one day I can make things right and earn their forgiveness.

Sincerely,

Anthony William Farrer

Don & Ruby Farrer

███████████

I, Ruby L. Farrer and my husband, Don W. Farrer adopted Anthony and his twin brother in 1988 when they were 5 months old. We were registered with Lutheran Social Services in Dallas, TX.

Ellen ███████, birth grandmother and Melissa ████, birthmother, chose us from the reference letter we had submitted to LSS. It was an open adoption, and we have had a beautiful relationship with the whole family.

Ruby has worked at Texas Instruments since 1978 as a security officer with a TOP SECRET clearance. I retired in 2013. Don worked for Texas Instruments at Sherman, TX from 1972 until November 1, 2022. He was a Licensed Master Electrician and Life Safety controls tech. Don is a Master Mason and has served as Worship Master.

Don and Ruby are members of the Order of Eastern Star #180 Chapter in Sherman, Texas. We have served as Worthy Matron and Worthy Patron from 1988-1989.

We have lived at ████████████ for over 50 years. We own our home and we owe no one as well as have no debts.

Anthony and his twin, Cameron attended Grayson Christian School until passing 8th grade. For high school, they wanted to attend public school in order to engage in sports. Anthony played basketball and learned good team sportsmanship/etiquette. Anthony has a very pleasant personality and has never been extremely aggressive. He is very intelligent, has a very high IQ and can usually talk himself out of any confrontation. Aunts, Uncles, cousins and family friends have always enjoyed his companionship. I have witnessed him several times giving money to homeless people.

Anthony went to work during his senior year of high school as a fast-food worker. Everyone has always had great compliments for his good work ethics. Making a living has always been easy for him.

I don't know what Anthony plans to do after his rehabilitation, but he has stated that he wants to take courses to advance his qualifications to get a good job, and we know he has the ability to achieve any goal he sets.

Anthony has had several traumas that have affected his mental attitude, but he has always been able to successfully cope with disappointment.

- Cameron (Anthony's twin) was in a fatal motorcycle accident on October 20, 2013. He was only 25 years old.
- Melissa ▉ Anthony's birthmother, had cancer and shot herself (in a car belonging to Anthony) on January 14, 2017. She couldn't stand the pain anymore.
- Dick ▉, Anthony's birth grandfather passed February 8, 2017.
- Anthony has also had a couple of close cousins pass in the last couple of years.
- Don, his father had a widow maker heart attack on October 27th, 2022. He survived and is doing well.
- Ruby, his mother has had cardiac bypass surgery on August 28, 2024, and I am recovering fast.
- Don will be 68 on December 3, 2024, and Ruby is 80 as of August 9, 2024. We will celebrate 40 years of marriage on April 12, 2025.

Anthony is very independent and proud, and I believe that he will avoid getting into trouble in the future.

*Don Farrer*

*Ruby L. Farrer*

November 23, 2024

Your Honor –

I am Ellen ▮▮▮▮▮▮▮▮ I am a 79-year-old retired schoolteacher, a widow for nearly
7 years, an active member of Al-Anon for 43 years. I have one living child, a son; 6
living grandchildren, and 3 great grandchildren. I have lived at this address for 32 years
yesterday. Anthony Farrer is my oldest grandson, and I love him dearly.

Anthony and his twin brother, Cameron, were born to my daughter, Melissa ▮▮▮▮▮▮ 5
days after her 19th birthday. She was single, 1 year and 2 months sober. The father
wanted nothing to do with them. Melissa and the babies came home from the hospital
to my house. When they were 6 weeks old, she went back out and told me I could have
them. I made the decision not to keep them because they were the children of two
addicts - I didn't like the odds. But I wanted to be their grandmother and Melissa
wanted to stay as involved as she could. When they were 5 months old, they were
adopted through Lutheran Services by Ruby and Don Farrer who agreed to keep us
involved. I had a meal every month with them until they were in high school – then it
varied. They came to my house – and our house when I married in 1992 – every
Christmas and Easter, for big family meals here, stockings, Easter Egg hunts. They
even came to stay with us for a few days in the summer. I have always been Grandma
Ellen. My daughter got sober again in 1990 and saw them almost as much as I did.

The family Anthony grew up in was a fiercely loving one. The boys were very sheltered
with hard rules and shame. That I know of they never spent the night at anyone's
house and no outside school activities until high school. They went to a very small
private school with a church curriculum until public high school. All in all, it was not the
way we would have raised them, but we were told if we questioned Ruby and Don's
parenting, we would not be allowed to see them again. It was critical that the boys
know they were loved regardless of their behavior - a grandmother's job and blessing.

You know from his record Anthony's had difficulties – to say the least. Melissa wrote
him when he was incarcerated the first time, making amends for not keeping them and
raising they differently. He responded he loved his parents and knew they loved him
and that he recognized he was where he was because of his own decisions. He asked
my husband (his grandfather) and I after that first incarceration if we would loan him
money for an apartment deposit. We told him that was the one time we'd help. Not
only has he not asked again, he paid us back even though we told him it was a gift.

His twin, Carmeron, was killed in October 2013, in a one-vehicle motorcycle accident,
by a drunk driver – himself. They were very different people, and Anthony always
looked out for Cameron. I don't know that Anthony has ever really grieved that huge
loss. His death absolutely devasted Melissa, as well as Ruby and Don who wanted no
information about alcoholism even though we told them chances were good the boys
could be alcoholic. (Melissa took the boys to Alcoholics Anonymous meetings after high

school!)  Anthony was such a rock during that time – I remember how hard he held my hand at Cameron's burial.

Melissa took her own life nearly 7 years ago when she got a terminal cancer prognosis. She had been sober 14 years, went back out just before Cameron died. She tried and tried, unsuccessfully, to get sober again. Anthony sat with me during her funeral, holding my hand (my husband was in the hospital and died 3 weeks later.)

Anthony is an integral part of our family. At every gathering, helping do anything. One Thanksgiving, when it had just been Anthony, Melissa's two other sons (11 and 13 years younger) and me for the "feast", I moaned about having to get Christmas up in a hurry for the rest of the family. Anthony and the boys, his decision, put Christmas up – tree and all – in 3 hours. What a life saver! When his son, Soren, came to meet him for the first time, he brought him and Soren's mom to my house to meet the family. Ruby and Don came too. I have his and Cameron's baby pictures, and we looked through them for resemblances to Soren. He looks like Cameron. I sent Soren birthday and Christmas cards – though I have stopped now that Anthony is in jail because Soren's mother doesn't want Soren to know and doesn't allow any contact with him. Anthony ADORES that little guy.

I know what he's done this time. I know he recognizes his responsibility for where he is and that he needs serious consequences for these truly bad decisions. He always wanted to live "that life" and this time he did. At a terrible price. We have emailed often since he's been there. He wrote before the email was possible that he hoped to pay back the $3,000,000. His emails have gone from how he's going to get better while he's there to how he needs to get to the truth of himself. Which I pray he does. I have heard humility and resignation lately. Anthony wants to live a good life the right way, be Soren's dad, and be back with our family. I want very much to see my grandson again.



This is us October 2023, a few days before he went to prison, though he was the only one who knew it. (He took the picture.) I thought he was a bit distant. Now I know he was saying goodbye. I pray you will be as lenient as you can be. He is an incredibly hard worker, a good man with a loving heart, and some life-threatening addictions. I think he may finally see that. Thank you for your consideration.

Ellen

Dear Judge Staton:

First allow me to introduce myself. My name is Michael █████, MD. I have practiced medicine here in Texas for over 30 years.

I met Anthony Farrer about 15 years ago in more simple times. When he had little, but he worked hard and was proud of what he had. He was likable, confident, inclusive, and fun to be with. He has been my personal trainer, patient, friend… And now more like a son to me. I have been proud of him and ashamed of him. But I've always tried to be here for him and will continue to do so.

I have seen him through the best of times and the worst of times. Through the loss of his biological mother to suicide and his twin brother to a motorcycle accident. And I have always been amazed by Anthony's resilience to keep moving forward in spite of adversity. He is truly a force of nature whose ego structure seems unbreakable.

In 2016, Anthony then lived with me for a short period of time. Having previous legal issues, he was unable to lease his own apartment and found it impossible to find jobs. But when others might have been discouraged, he was more motivated to better himself. So he took social media by storm! And he fell in love with watches and became the Timepiece Gentleman.

I watched it awe as his fame grew. I would be in an Uber or at work and strangers would know the Timepiece Gentleman. And I was very proud and felt somehow I was a part of his success. But with his success came distance… And I knew more and more about him by social media than I did personally. And with success came excess… and his lifestyle oozed this in every way.

It was not until August 2023 that Anthony returned to me after his time in LA. The truth was not the glamorous life as seen on social media. He was drowning in debt. Homeless. And consumed by guilt.

He sat at my dining room table for days, planning how he could stop the insanity and begin to make restitution. He even made a debt countdown on social media to show his redemption strategy. But this was too late and his debt was insurmountable.

I have never seen Anthony cry before… Not even with the loss of his mother and brother. But that day I did.

And for the first time in his life, I believe he saw that his actions hurt others… not just himself. And for the first time… He seemed broken.

It was about two months later when the FBI picked him up. Though I was not surprised. I was alarmed. But what did surprise me was the first time I talked to Anthony. I expected to hear fear or anxiety, but instead, I heard relief.

The FBI actually had rescued him from his life that had gotten out of control and he seemed thankful. He told me that he was ready to pay his debt and serve his time.

And over the past year in detention, he has again shown the resilience of the Anthony that I knew in the past… He seems to want to use the time to his benefit.. He is journaling and reading and trying to learn Spanish. He works out every day and somehow with commissary manages to eat healthy. Telling me that he is in the best shape of his life. He has read countless self-help books and hopes to start college classes during this time served.

But when I talk to him on the phone, which is almost every day, I do not hear defeat …
I hear hope and plans for the future…

I truly believe that he will return to me as a better friend and a better man, and that I will be thankful for this time spent.

And I am reminded of a quote from Louisa May Alcott, from the book Little Women… and I paraphrase, "a year seems a very long time to wait before I see them again. But that while we wait, they must work hard so that these hard times are not wasted. And that they will conquer themselves beautifully, so that when they return to me, I will be fonder and prouder. "

Please know that Anthony has a gentle heart beneath that tough exterior.

I know this time away is already helping him, but will hope that his return home will be sooner rather than later, depending on the court's good will  and discretion.

And I pray that this time served is just long enough to make him a better man…. And also just short enough that he is not influenced adversely from inside.

Please let him know that we are here to help him start over again and look forward to his return.

Respectfully
Michael ███, MD