```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JOSHUA O. MAUSNER (Cal. Bar No. 260251)
Assistant United States Attorney
Chief, Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0619
     E-mail:    joshua.mausner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
01/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KD DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00601-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF JOSHUA O. MAUSNER |
| v. | |
| ANTHONY FARRER, aka "The Timepiece Gentleman," | Hearing Date: 01/31/2025 Hearing Time: 8:30 a.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Joshua O. Mausner, hereby applies *ex parte* for an order that the government's Notice of

//
//
//
//
//
//
//

1  Lodging of Victim Impact Statements, as well as this ex parte
2  application, be filed under seal.
3     This ex parte application is based upon the attached declaration
4  of Joshua O. Mausner.
5  Dated: January 28, 2025          Respectfully submitted,
6                                   JOSEPH T. MCNALLY
                                    Acting United States Attorney
7
                                    LINDSEY GREER DOTSON
8                                   Assistant United States Attorney
                                    Chief, Criminal Division
9

10                                    /s/
                                    JOSHUA O. MAUSNER
11                                  Assistant United States Attorney

12                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2

**DECLARATION OF JOSHUA O. MAUSNER**

I, Joshua O. Mausner, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file its Notice of Lodging of Victim Impact Statements under seal. The Victim Impact Statements received by the government from victims in this matter include personal identifying information as well as information private in nature related to the victims and the impact the crimes in this matter have had on their lives. Accordingly, the government requests that the statements be filed under seal to protect the privacy and personal identifying information of the victims.

3. I have communicated with defendant's attorney, Deputy Federal Public Erica Choi, who does not oppose the filing of the Victim Impact Statements under seal.

4. Should the Court deny this application, the government requests that the Notice of Lodging of Victim Impact Statements and this application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 28, 2025.

_____
JOSHUA O. MAUSNER

**CERTIFICATE OF SERVICE**

I, **Manuel George**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**UNDER SEAL DOCUMENTS**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ **Via email, as follows:**

**Erica Choi**
**erica_choi@fd.org**

☐ By Federal Express, as follows:

This Certificate is executed on **January 28, 2025**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Manuel George*
Manuel George
Legal Assistant