1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSHUA O. MAUSNER (Cal. Bar No. 260251)
4  Assistant United States Attorney
   Chief, Violent and Organized Crime Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0619
7       E-mail:    joshua.mausner@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00601-JLS |
|---|---|
| Plaintiff, | REDACTED VICTIM IMPACT STATEMENTS |
| v. | Hearing Date: 01/31/2025<br>Hearing Time: 8:30 a.m. |
| ANTHONY FARRER,<br>  aka "The Timepiece Gentleman," | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel
of record, the Acting United States Attorney for the Central District
of California and Assistant United States Attorney Joshua O. Mausner,
//
//
//
//
//
//
//

hereby files the attached Redacted Victim Impact Statements received by the United States Attorney's Office in the above-captioned matter.

Dated: January 30, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
JOSHUA O. MAUSNER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA